# Parker Parham
# Closing Statement

| | | |
|---|---:|---:|
| **SETTLEMENT/VERDICT AMOUNT** | | 120,000.00 |
| Less Attorney's Fees | | -48,000.00 |
| | | 72,000.00 |
| | | |
| **LESS COSTS INCURRED BY LAW FIRM** | | -16,715.55 |
| Piedmont Orthopedics | 36.50 | |
| Pelham Family Practice | 36.50 | |
| Fed Ex | 31.61 | |
| Clerk, Circuit Court | 506.00 | |
| Orthopedicare Center | 190.00 | |
| Judicial Process Servers | 50.00 | |
| Courthouse Parking | 72.00 | |
| Fastpack | 245.32 | |
| Esquire Deposition | 2,405.89 | |
| Black's Copy Service | 25.68 | |
| AT&T Teleconference | 4,585.90 | |
| Florida Mediation | 325.00 | |
| Boss Reporting | 388.80 | |
| Compuscripts | 332.57 | |
| Prestige Reporting | 784.00 | |
| Robert Kaplan & Associates | 784.00 | |
| Guardianship Fees & Cost- Brent Fortson, Esq. | 1,750.00 | |
| Westlaw / Lexis Nexis | 1,335.77 | |
| Autotrack | 175.00 | |
| Copies of Records, Pleadings & Correspondence | 1,329.75 | |
| Postage, Faxing & Long Distance | 1,325.26 | |
| | | |
| **TOTAL CLIENT GROSS RECOVERY** | | *53,954.70* |
| | | |
| **LESS MEDICAL LIENS DUE & OWING** | | -1,200.00 |
| Stephen Wender, M.D. | 1,200.00 | |
| *Reduced from $1,500.00* | | |
| Carolina Homecare Medical Equipment | 0.00 | |
| *$90.80 paid by clients & insurance* | | |
| Lyn H. Hamond, M.D. | 0.00 | |
| *$63.00 paid by clients & insurance* | | |
| Thomas Baumgarten, M.D. | 0.00 | |
| *$3,563.50 paid by clients & insurance* | | |
| Cozumel Medical Center | 0.00 | |
| *Balance of $1,866.20 paid by clients* | | |

# Parker Parham
# Closing Statement

| | | |
|---|---:|---:|
| **TOTAL TO BE REIMBURSED TO PARENTS FOR EXPENSES** | | **-13,583.50** |
|     Travel Expenses- | 8,000.00 | |
|         Depo/IME-January 9, 2006/ Mediation-April 10, 2006 | | |
|     Medical Expenses- | 5,583.50 | |
|         Paid by clients parents | | |
| **TOTAL NET TO MINOR** | | *41,163.58* |
| **PENDING FINAL ACCOUNTING:** | | **0.00** |

**L**  There may be a possible lien from Blue Cross & Blue Shield
    If so, this is to be paid by the client.

| | |
|---|---:|
| **TOTAL NET TO BE PAID TO MINOR** | **$41,163.58** |

I UNDERSTAND ALL DISBURSEMENTS AND PROCEEDS INDICATED IN THE ABOVE CLOSING STATEMENT.  IT IS FURTHER UNDERSTOOD THAT SHOULD THERE BE ANY ADDITIONAL BILLS NOT ACCOUNTED FOR ON THIS STATEMENT, THE UNDERSIGNED WILL ASSUME FULL RESPONSIBILITY FOR SAID BILLS.  ALL MEDICAL BILLS INCURRED BY THE CLIENT ARE THE SOLE RESPONSIBILITY OF THE CLIENT AND/OR HIS /HER INSURANCE COMPANY.  IN ADDITION, MEDICARE AND/OR MEDICAID MAY HAVE A SURROGATED INTEREST ON THOSE MONIES.  IF IN FACT THEY DO, SAID OBLIGATION TO PAY THEIR LIENS ARE THE SOLE RESPONSIBILITY OF THE CLIENT.  THE UNDERSIGNED EXPRESSLY HOLDS SIMON & D'ALEMBERTE HARMLESS FOR SAME. FURTHER, THIS IS TO CERTIFY THAT I AM COMPLETELY SATISFIED WITH THE SERVICE OF MY ATTORNEY, AND WITH THE AMOUNT OF FEES AND COSTS CHARGED.

IT IS FURTHER EXPRESSLY UNDERSTOOD THAT THE CLIENT IS SOLELY RESPONSIBLE FOR ANY AND ALL BILLS AND/OR LIENS NOT REFLECTED ON THIS CLOSING STATEMENT.  IT IS UNDERSTOOD AND AGREED THAT ANY AND ALL OUTSTANDING MEDICAL BILLS AND LIENS WILL BE MY/OUR SOLE RESPONSIBILITY.  IT IS AGREED THAT SHOULD THERE BE ANY ADDITIONAL BILLS/LIENS PERTAINING TO THIS CASE NOT ACCOUNTED FOR ON THIS SETTLEMENT/CLOSING STATEMENT, THE UNDERSIGNED CLIENT ASSUMES FULL RESPONSIBILITY FOR THE BILLS/LIENS.

MY/OUR ATTORNEYS MAKE NO REPRESENTATIONS OR GUARANTEES REGARDING THE TAX CONSEQUENCES OF ANY RECOVERY.  I/WE FULLY UNDERSTAND THAT MY ATTORNEYS ARE NOT TAX ATTORNEYS OR INVESTMENT COUNSELORS AND WILL NOT GIVE TAX OR INVESTMENT ADVICE REGARDING ANY RECOVERY.  ACCORDINGLY, I/WE ACKNOWLEDGE THAT I/WE HAVE BEEN URGED TO OBTAIN CPA'S, TAX ATTORNEYS OR INVESTMENT PROFESSIONALS TO PROVIDE ADVICE REGARDING THE TAX AND INVESTMENT TREATMENT OF ANY SETTLEMENT. THE CLIENT(S) ASSUME THE RESPONSIBILITY OF OBTAINING TAX ADVICE FROM OTHER SAID PROFESSIONALS.

SIGNED: _____     DATED: _____
        Renee Parham, as Natural Parent and Legal
        Guardian of Parker Parham, a minor

# Parker Parham
# Closing Statement

| | | |
|---|---:|---:|
| **SETTLEMENT/VERDICT AMOUNT** | | 120,000.00 |
| Less Attorney's Fees | | -48,000.00 |
| | | 72,000.00 |
| | | |
| **LESS COSTS INCURRED BY LAW FIRM** | | -16,715.55 |
| Piedmont Orthopedics | 36.50 | |
| Pelham Family Practice | 36.50 | |
| Fed Ex | 31.61 | |
| Clerk, Circuit Court | 506.00 | |
| Orthopedicare Center | 190.00 | |
| Judicial Process Servers | 50.00 | |
| Courthouse Parking | 72.00 | |
| Fastpack | 245.32 | |
| Esquire Deposition | 2,405.89 | |
| Black's Copy Service | 25.68 | |
| AT&T Teleconference | 4,585.90 | |
| Florida Mediation | 325.00 | |
| Boss Reporting | 388.80 | |
| Compuscripts | 332.57 | |
| Prestige Reporting | 784.00 | |
| Robert Kaplan & Associates | 784.00 | |
| Guardianship Fees & Cost- Brent Fortson, Esq. | 1,750.00 | |
| Westlaw / Lexis Nexis | 1,335.77 | |
| Autotrack | 175.00 | |
| Copies of Records, Pleadings & Correspondence | 1,329.75 | |
| Postage, Faxing & Long Distance | 1,325.26 | |
| | | |
| **TOTAL CLIENT GROSS RECOVERY** | | *53,954.70* |
| | | |
| **LESS MEDICAL LIENS DUE & OWING** | | -1,200.00 |
| Stephen Wender, M.D. | 1,200.00 | |
| *Reduced from $1,500.00* | | |
| Carolina Homecare Medical Equipment | 0.00 | |
| *$90.80 paid by clients & insurance* | | |
| Lyn H. Hamond, M.D. | 0.00 | |
| *$63.00 paid by clients & insurance* | | |
| Thomas Baumgarten, M.D. | 0.00 | |
| *$3,563.50 paid by clients & insurance* | | |
| Cozumel Medical Center | 0.00 | |
| *Balance of $1,866.20 paid by clients* | | |

# Parker Parham
# Closing Statement

| | | |
|---|---|---:|
| **TOTAL TO BE REIMBURSED TO PARENTS FOR EXPENSES** | | -13,583.50 |
|     Travel Expenses- | 8,000.00 | |
|         Depo/IME-January 9, 2006/ Mediation-April 10, 2006 | | |
|     Medical Expenses- | 5,583.50 | |
|         Paid by clients parents | | |
| **TOTAL NET TO MINOR** | | *41,163.58* |
| **PENDING FINAL ACCOUNTING:** | | 0.00 |

**L**  There may be a possible lien from Blue Cross & Blue Shield
    If so, this is to be paid by the client.

| | |
|---|---:|
| **TOTAL NET TO BE PAID TO MINOR** | **$41,163.58** |

I UNDERSTAND ALL DISBURSEMENTS AND PROCEEDS INDICATED IN THE ABOVE CLOSING STATEMENT.  IT IS FURTHER UNDERSTOOD THAT SHOULD THERE BE ANY ADDITIONAL BILLS NOT ACCOUNTED FOR ON THIS STATEMENT, THE UNDERSIGNED WILL ASSUME FULL RESPONSIBILITY FOR SAID BILLS.  ALL MEDICAL BILLS INCURRED BY THE CLIENT ARE THE SOLE RESPONSIBILITY OF THE CLIENT AND/OR HIS /HER INSURANCE COMPANY.  IN ADDITION, MEDICARE AND/OR MEDICAID MAY HAVE A SURROGATED INTEREST ON THOSE MONIES.  IF IN FACT THEY DO, SAID OBLIGATION TO PAY THEIR LIENS ARE THE SOLE RESPONSIBILITY OF THE CLIENT.  THE UNDERSIGNED EXPRESSLY HOLDS SIMON & D'ALEMBERTE HARMLESS FOR SAME.  FURTHER, THIS IS TO CERTIFY THAT I AM COMPLETELY SATISFIED WITH THE SERVICE OF MY ATTORNEY, AND WITH THE AMOUNT OF FEES AND COSTS CHARGED.

IT IS FURTHER EXPRESSLY UNDERSTOOD THAT THE CLIENT IS SOLELY RESPONSIBLE FOR ANY AND ALL BILLS AND/OR LIENS NOT REFLECTED ON THIS CLOSING STATEMENT.  IT IS UNDERSTOOD AND AGREED THAT ANY AND ALL OUTSTANDING MEDICAL BILLS AND LIENS WILL BE MY/OUR SOLE RESPONSIBILITY.  IT IS AGREED THAT SHOULD THERE BE ANY ADDITIONAL BILLS/LIENS PERTAINING TO THIS CASE NOT ACCOUNTED FOR ON THIS SETTLEMENT/CLOSING STATEMENT, THE UNDERSIGNED CLIENT ASSUMES FULL RESPONSIBILITY FOR THE BILLS/LIENS.

MY/OUR ATTORNEYS MAKE NO REPRESENTATIONS OR GUARANTEES REGARDING THE TAX CONSEQUENCES OF ANY RECOVERY.  I/WE FULLY UNDERSTAND THAT MY ATTORNEYS ARE NOT TAX ATTORNEYS OR INVESTMENT COUNSELORS AND WILL NOT GIVE TAX OR INVESTMENT ADVICE REGARDING ANY RECOVERY.  ACCORDINGLY, I/WE ACKNOWLEDGE THAT I/WE HAVE BEEN URGED TO OBTAIN CPA'S, TAX ATTORNEYS OR INVESTMENT PROFESSIONALS TO PROVIDE ADVICE REGARDING THE TAX AND INVESTMENT TREATMENT OF ANY SETTLEMENT.  THE CLIENT(S) ASSUME THE RESPONSIBILITY OF OBTAINING TAX ADVICE FROM OTHER SAID PROFESSIONALS.

SIGNED: _____        DATED: _____
        Renee Parham, as Natural Parent and Legal
        Guardian of Parker Parham, a minor